Andrew T. Rich, Esquire
1601 Rolling Hills Drive
Suite 125, Surry Building
Richmond, Virginia 23229
VSB No.: 74296
(804) 288-0088

```
             IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                     Richmond Division

IN RE:                                *  CASE NO.: 08-35900-KRH
STALWORTH HOGUE                       *
VALARIE YVONNE HOGUE, a/k/a           *
 VALARIE HOGUE                        *
Debtors                               *
* * * * * * * * * * * * * * * * * *
                                      *
BANKUNITED, FSB                       *
                                      *  CHAPTER 13
vs.                                   *
STALWORTH HOGUE                       *
VALARIE YVONNE HOGUE, a/k/a           *
 VALARIE HOGUE                        *
Respondents                           *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

ORDER GRANTING MOTION FOR RELIEF OF STAY
----------------------------------------

A hearing was held in open court on November 18, 2009 on BankUnited, FSB's Motion for Relief from the Automatic Stay.

The debtor had no defense to the relief requested by the movants. The Chapter 13 Trustee has consented to the relief requested by the movant, as evidenced by the trustee's signature below.

IT IS HEREBY ORDERED that the automatic stay provided for by Section 362(a) of the United States Bankruptcy Code is hereby lifted to allow BankUnited, FSB to exercise its rights under state law for the property known as:

5060 Dampier Court, Chester, Virginia 23831 and more particularly described as:

ALL THAT CERTAIN PIECE OR PARCEL OF LAND LYING, BEING AND

.
      SITUATE IN BERMUDA MAGISTERIAL DISTRICT, CHESTERFIELD COUNTY, VIRGINIA, KNOWN AND DESIGNATED AS LOT 1, SECTION NINE, STONEY GLEN SOUTH, AS SHOWN ON A PLAT RECORDED IN PLAT BOOK 179, PAGES 7-9.

   The automatic stay shall also be lifted to allow the successful purchaser to take whatever lawful steps it deems necessary to obtain possession of the above-mentioned property pursuant to Virginia law. This Order applies to any successors-in-interest to BankUnited, FSB and shall not be subject to the stay of order referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

                    SO ORDERED:_____
                                                              JUDGE

                            DATE:_____, 2009

/s/ Andrew T. Rich          /s/ Carl M. Bates
_____  _____
Andrew T. Rich, Esquire   Carl M. Bates, Trustee
1601 Rolling Hills Drive  P.O. Box 1819
Suite 125, Surry Building  Richmond, Virginia 23218
Richmond, VA 23229
V.S.B. No.: 74296
Attorney for the Movant

```
        IT IS FURTHERED ORDERED THAT THE CLERK OF THE COURT SHALL
        FORWARD COPIES OF THE FOREGOING ORDER TO THE FOLLOWING
        PARTIES :

                Richard James Oulton, Esquire
                111 Highland Avenue
                Colonial Heights, Virginia 23834

                Carl M. Bates, Trustee
                P.O. Box 1819
                Richmond, Virginia 23218

                StalWorth Hogue
                5060 Dampier Court
                Chester, Virginia 23831

                Valarie Yvonne Hogue
                5060 Dampier Court
                Chester, Virginia 23831


                    CERTIFICATION OF ENDORSEMENT
        I hereby certify that all of the necessary parties have
        signed this Order.

                                        /s/ Andrew T. Rich
                                        _____
                                        Andrew T. Rich, Esquire
```