UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     Stalworth Hogue                            Case No.   **08-35900-KRH**
           Valerie Yvonne Hogue
              Debtor(s)                               Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $500**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

**DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **7/17/2009** for which the Attorney requests compensation for service in the amount of $500.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:      Stalworth Hogue                          Case No.    **08-35900-KRH**
            Valerie Yvonne Hogue
                  Debtor(s)                          Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**500** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
>
> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:                    Richard J. Oulton, Esq.
                                                 The Debt Law Group, PLLC
                                                 2800 N. Parham Rd, Ste 100
                                                 Henrico, VA 23294
                                                 Attorney for the Debtor(s)

:      Chapter 13 Trustee:   Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

> <u>Attend a hearing which will be scheduled at a later date.</u>  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**1/4/2011**                                        /s/ Richard J. Oulton
                                                    Richard J. Oulton (VSB#29640)
                                                    Attorney for Debtor
                                                    The Debt Law Group, PLLC
                                                    2800 N. Parham Rd, Ste 100
                                                    Henrico, VA 23294
                                                    (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

                                                    /s/ Richard Oulton
                                                    Richard J. Oulton

**Service list:**

**Carl M. Bates**
**P. O. Box 1819**
**Richmond, VA 23218-1819**

**NAME AND ADDRESSES OF CREDITORS**

American Express
Po box 650448
Dallas, TX 75265


Bank of America
PO Box 15726
Wilmington, DE 19886


BankUnited
PO Box 538613
Atlanta, GA 30353


Blue Green Resort
Po Box 810758
Boca Raton, FL 33481


Capital One
PO Box 71083
Charlotte, NC 28272


Citifinancial
PO Box 140489
Irving, TX 75014


Frontline Exterminating
11144 Progress Road
Ashland, VA 23005


Ge Money Bank
Po Box 960061
Orlando, FL 32896


Home Depot
Processing Center
Des Moines, IA 50364


Homecomings Financial
Po Box 15019
Wilmington, DE 19886


HSBC Mortgage
Po Box 37282
Baltimore, MD 21297

```
HSBC Mortgage
Po Box 37281
Baltimore, MD 21297


Internal Revenue Service
PO box 970024
Saint Louis, MO 63197


JCPenny
Po Box 960090
Orlando, FL 32896


Sams Club
PO Box 530942
Atlanta, GA 30353


Tidewater Finance Company
6520 Indian River Road
Virginia Beach, VA 23464
```